**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                                       **PLAINTIFF**

**V.**                              **CASE NO. 5:21-MJ-5010-001**

**EUNICE CISNEROS**                                                                                                **DEFENDANT**

### ORDER (UNDER SEAL)

Currently before the Court is the Government's Motion and Brief in Support of United States' Appeal of Magistrate Judge's Release Order (Doc. 3).  On May 28, 2021, the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas, authorized a criminal complaint and warrant for Defendant Eunice Cisneros, charging her with conspiracy to distribute more than 500 grams of a mixture or substance containing methamphetamine.  (Doc. 1).  Defendant was arrested in California on the federal warrant on the afternoon of May 28.  On the same date, she appeared before the Honorable Charles F. Eick, United States Magistrate Judge for the Central District of California, for a hearing pursuant to Federal Rule of Criminal Procedure 5.  At the conclusion of the hearing, Magistrate Judge Eick ordered that Defendant be released on conditions.

The Government requested a stay of Defendant's release pending a review of the release order by this Court.  Magistrate Judge Eick stayed the Defendant's release until Tuesday, June 1, 2021, at 12:30 Central Time.  In the Motion now before the Court, the Government seeks relief under 18 U.S.C. § 3145(a)(1), which provides:

> If a person is ordered released by a magistrate judge, or by a person other than a judge having original jurisdiction over the offense . . . the attorney for the Government may file, with the court having original jurisdiction over the

offense, a motion for revocation of the order or amendment of the conditions of release.

Pursuant to § 3145(a)(1), the Government's Motion (Doc. 3) is **GRANTED**. The Magistrate Judge's order granting the Defendant's release is hereby **REVOKED**, and the United States Marshals Service shall arrange her transport to this District. A detention hearing will then by scheduled by separate order.

**IT IS SO ORDERED** on this 2nd day of June, 2021.

/s/ Timothy L. Brooks_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE