IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 5:21-cr-50028-003 | |
| EUNICE CISNEROS | | DEFENDANT |

**O R D E R**

The defendant agreed at the arraignment on an indictment conducted this date to waive the issue of detention pending the final disposition of the case. Accordingly, the defendant is considered detained subject to reconsideration on motion of defendant.

SO ORDERED this 28th day of June, 2021.

*/s/ Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE